IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQP DEVELOPMENT, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CARMAX BUSINESS SERVICES, LLC ,<br><br>*Defendant*, | Civil Action No. 2:12-cv-431<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff TQP Development, LLC ("TQP") states that TQP has no parent corporation, and no publicly held corporation owns more than ten percent of TQP's stock.

Dated: August 8, 2012

Respectfully submitted,

By: */s/ Marc A. Fenster*
Marc A. Fenster, CA SB No. 181067
Email: mfenster@raklaw.com
Kevin P. Burke, CA SB No. 241972
Email: kburke@raklaw.com
Adam S. Hoffman, CA SB No. 218740
Email: ahoffman@raklaw.com
Alexander C.D. Giza, CA SB No. 212327
Email: agiza@raklaw.com
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Tel: (310) 826-7474
Fax: (310) 826-6991

Hao Ni, TX Bar No. 24047205
Email: hni@nilawfirm.com
Ni Law Firm, PLLC
3102 Maple Ave. Suite 400
Dallas, TX 75201
Tel: (214) 800-2208
Fax: (214) 800-2209

Andrew W. Spangler, State Bar No. 24041960
Email: spangler@sfipfirm.com
Spangler & Fussell P.C.
208 N. Green St., Suite 300
Longview, TX 75601
Telephone:  (903) 753-9300
Facsimile:  (903) 553-0403
James A. Fussell, III, State Bar No. 2003193
Email: fussell@sfipfirm.com
Spangler & Fussell P.C.
211 N. Union Street, Suite 100
Alexandria, VA 22314
Telephone:  (903) 753-9300
Facsimile:  (903) 553-0403

Attorneys for Plaintiff
TQP Development, LLC

-3-

## **CERTIFICATE OF SERVICE**

      I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on August 8, 2012, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

      */s/ Marc A. Fenster*
      Marc A. Fenster