**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TQP DEVELOPMENT, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CARMAX BUSINESS SERVICES, LLC,<br><br>    Defendant. | CASE NO.  2:12-cv-431-MHS<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT CARMAX BUSINESS SERVICES, LLC'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant CarMax Business Services, LLC discloses that CarMax, Inc. is its ultimate parent and that CarMax, Inc., a publicly held corporation, indirectly owns 10% or more of its stock through CarMax Auto Superstores West Coast, Inc.  No other publicly held corporation owns 10% or more of its stock.

Respectfully submitted this 4th day of October, 2012.

                                              */s/ Robert L. Lee*
                                             Robert L. Lee (GA Bar No. 443978)
                                             bob.lee@alston.com
                                             Kamran Jivani (GA Bar No. 510908)
                                             kamran.jivani @alston.com
                                             ALSTON & BIRD LLP
                                             One Atlantic Center
                                             1201 West Peachtree Street
                                             Atlanta, GA 30309-3424
                                             Phone:  (404) 881-7000
                                             Fax:     (404) 881-7777

                                             *Attorneys for Defendants*
                                             *CarMax Business Services, LLC*

## Certificate of Service

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A) on the 4th day of October, 2012.

                                                /s/ Robert L. Lee_____
                                                Robert L. Lee